COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Joseph Daryl Mathis v. The State of Texas

Appellate case number:    01-14-00832-CR

Trial court case number:  1173963

Trial court:              183rd District Court of Harris County

Appellant's pro se Motion to Withdraw Plea of Guilty filed on October 14, 2014 is **DISMISSED**. The record reflects appellant is represented on appeal by Juan M. Contreras, Jr. Mathis has no right to hybrid representation. *See Scheanette v. State*, 144 S.W.3d 503, 505 n. 2 (Tex. Crim. App. 2004); *Ex Parte Taylor*, 36 S.W.3d 883, 887 (Tex. Crim. App. 2001).

It is so ORDERED.

Judge's signature: ___/s/ Rebeca Huddle
                   X  Acting individually    ☐ Acting for the Court

Date:  November 18, 2014